### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-190** |
| v. | * | **SECTION: "H"** |
| **EMUOBOSAN EMMANUELLA HALL** | * | |
| | *    *    * | |

### FACTUAL BASIS

The defendant, **EMUOBOSAN EMMANUELLA HALL ("HALL")**, has agreed to plead guilty. Should this matter proceed to trial, the United States would prove beyond a reasonable doubt, through credible testimony and reliable evidence, the following facts. Unless stated otherwise, the following acts occurred within the jurisdiction of the Eastern District of Louisiana.

During all times relevant, **HALL** was a resident of the State of Georgia. Beginning at least in April 2020, **HALL** conspired with Kenneth G. Akpieyi ("Akpieyi") to defraud victims through a romance scam. Many of these victims were women over age 60 whose husbands had passed away. In summary, this scheme involved unknown perpetrators using aliases to contact victims via social media, like Facebook. The perpetrator would represent themselves to be a potential romantic partner. The perpetrator would then ask the victim to transfer their conversations to a secure message service, such as WhatsApp. The perpetrator would continue to develop a romantic relationship with the victim, and then ask the victim to send funds to the perpetrator under various false pretenses. The perpetrator would direct the victim to wire or mail her funds to a fellow conspirator, such as Akpieyi or **HALL**. Subsequently, Akpieyi and **HALL** would transfer these funds to other accounts to conceal the nature and source of these funds.

AUSA _____

Defendant _____

Defense Counsel _____

Most of these funds were eventually transferred overseas to accounts in countries such as China, United Arab Emirates, and Nigeria.

### *Identification of Victim A from Mandeville, Louisiana*

Agents learned that around February 2022, a man portraying himself to be "William Casey" contacted Victim A, a 77-year-old woman who lives in Mandeville, Louisiana, in the Eastern District of Louisiana. "Casey" contacted Victim A via Instagram direct message. "Casey" claimed to be a well-known retired four-star general and delegate to Syria.

"Casey" then requested that his conversations with Victim A should move to WhatsApp. Victim A downloaded WhatsApp at "Casey's" direction and later provided her communications with "Casey" to federal agents. Victim A continued communicating with "Casey" through Instagram direct messages, phone calls and text messages through WhatsApp, and via email. Victim A told investigators that the relationship quickly became romantic, and Victim A believed that she was in a relationship with "Casey." The romantic nature of the relationship is evident in the WhatsApp messages.

Over the course of nearly one year, "Casey" requested money from Victim A many times, using different reasons for why he needed the money every time. Victim A estimated to investigators that she had sent between $100,000 and $200,000 at the direction of "Casey." Per "Casey's" instructions, Victim A sent money using various methods, such as mailing cash or cashier's checks, sending cryptocurrency, and buying gift cards. Victim A provided investigators with a large collection of receipts that she kept track of when she sent "Casey" money. So far, agents have traced approximately $124,757.09 sent by Victim A at "Casey's" request.

As part of this scheme, in May 2022, "Casey" told Victim A that he needed money purportedly to repair a school that housed children in Georgia because the school had been

2

AUSA
Defendant
Defense Counsel

damaged by a storm. "Casey" directed Victim A on WhatsApp to send the money to help the children to his friend, "Phillip Anderson" ("Anderson"). "Casey" texted "Anderson's" bank account information to Victim A to send "Anderson" money via WhatsApp.

Subsequently, on or about May 6, 2022, "Casey" directed Victim A through WhatsApp that she should send the cashier's check to "Kings Foster Homes" at 707 Franklin Gateway SE #6-10 Marietta, GA 30067 (the "Franklin Gateway" address).

Victim A used $20,000 in cash to get a cashier's check for $20,000 from Hancock Whitney Bank in Mandeville, Louisiana on May 6, 2022. The check was made payable to "Anderson." On the same day, she mailed it from Mandeville, Louisiana to the Franklin Gateway address in Georgia.

Agents learned that "Phillip Anderson" was an alias for Akpieyi. Bank of America records show cashier's checks purchased by "Anderson" and payable to "KGA Autobrokers, LLC" for $6,250. The Georgia Secretary of State's website showed that Akpieyi is the registered agent of "KGA Autobrokers LLC" and listed Akpieyi's address as the Franklin Gateway address. These cashier's checks appear to be Akpieyi transferring funds from "Anderson's" account to his own account. In the Bank of the America records for "Anderson's" account, there are additional deposits of checks, money orders, and cashier's checks with female names on the remitter (purchaser) line from locations spread across the United States, suggesting that other individuals could have been the subject of his fraud.

On June 27, 2023, Akpieyi was arrested in Marietta, Georgia at a Chase Bank branch while using a false identification in the name of "Phillip Anderson." According to the Cobb County Sheriff's Office, deputies were called to respond to Chase Bank in Marietta, Georgia. Deputies found Akpieyi at the scene with the Cobb County Police Department. Tellers at Chase

3

AUSA
Defendant
Defense Counsel

Bank told local law enforcement that Akpieyi entered the bank and presented a withdrawal slip. He sought $6,000 in cash and a $30,000 money order. The teller asked for identification and Akpieyi presented a false identification card with Akpieyi's real photo next to the name "Phillip Anderson" and with the Franklin Gateway address as his address. The teller suspected the identification was false and called the branch manager, who then contacted the police. An investigator with the Cobb County Sheriff's Office read Akpieyi his *Miranda* rights, and Akpieyi agreed to speak to the investigator. Akpieyi admitted to the investigator that the identification card was false, and he said that he created it while he was in Africa.

The fake license that Akpieyi presented at the Chase Bank branch had the Franklin Gateway address as the listed address, and agents confirmed that the Chase Bank account from which Akpieyi was attempting to withdraw funds is under the name "Phillip Anderson," with the Franklin Gateway address as the listed address.

### *Victim B – Oahu, Hawaii*

Agents also identified additional potential victims of this scheme who have sent "Anderson" money as recently as July 2023. For instance, agents learned that Victim B, a 63-year-old woman living on Oahu, Hawaii, was contacted by a person going by the name of "Michael Minihan" in April of 2023 on Facebook. "Minihan" claimed he was a United States Air Force General on deployment in Syria. Victim B told investigators that after a few days, they switched from communicating on Facebook messenger to communicating through email.

Victim B estimated to investigators that she sent between $200,000 and $250,000 in 2023 at the direction of "Minihan." While Victim B was in contact with "Minihan," he provided Victim B with the Franklin Gateway address as the address for "Anderson." This evidence confirms that Akpieyi received money from multiple victims.

4

AUSA _____
Defendant _____
Defense Counsel _____

### *Identification of HALL and Additional Victims C and D*

Agents continued the investigation to identify additional victims and potential confederates of Akpieyi. Agents determined that **HALL** and her daughter were also receiving funds from women who had been defrauded in the same scheme.

Agents learned that Akpieyi, **HALL**, and **HALL**'s daughter were the organizers of a business called Le Beau Monde LLC. Victims' funds were deposited into bank accounts of Le Beau Monde LLC that **HALL** and her daughter controlled. Akpieyi, **HALL**, and **HALL**'s daughter would then transfer these funds to each other, withdraw them by cash, or transfer funds to bank accounts held by other individuals. Agents have also determined that members of this conspiracy have also transferred victims' funds overseas, such as to bank accounts located in China.

Agents learned that victims of this fraud were directed to send money to accounts held by Akpieyi, **HALL**, and **HALL**'s daughter. For instance, Victim C, a 64-year-old located in Costa Mesa, California, was contacted by a person who called himself "Tom Nguyen." This person represented that he was a petroleum engineer, and that a company in Spain was going to pay him $2.5 million, and he wanted Victim C to be a beneficiary of that money. "Nguyen" then directed the victim on different occasions to send money to Akpieyi, **HALL**, and **HALL**'s daughter. Akpieyi, **HALL**, and **HALL**'s daughter then transferred Victim C's funds and also used those funds for personal expenses.

In another instance, Victim D, a 59-year-old victim in Alabama, was contacted by a "John Donald Smith" online, who said he worked on an oilrig in the North Sea. Victim D believed she had a romantic relationship with "Smith," who said he had a box of all his worldly possessions which included $1 million. However, "Smith" repeatedly asked Victim D to send

5

AUSA _____
Defendant _____
Defense Counsel _____

him money. "Smith" put her in contact with a person called "Mark Edwards," who worked for a company supposedly called "Premiere Trust Company." "Smith" and "Edwards" directed Victim D to send money for various purposes, including to pay for VAT taxes and to assist him in getting a box of money out of customs. Victim D sent money to both Akpieyi and **HALL** at the direction of "Smith" and "Edwards." After receiving Victim D's money, Akpieyi and **HALL** transferred it to other bank accounts.

### *Summary of Loss Caused By HALL*

**HALL** admitted to investigators that she directed her daughter to perform the transactions with victim funds without informing her daughter of the full scope of this scheme. **HALL** further admitted that she was instructed by Akpieyi to perform transactions, and that she was aware that these transactions were intended to conceal the proceeds of this romance scam conspiracy.

By approximately February 2025, agents identified 31 victims of this romance scam. These victims report losses totaling approximately $9,668,860.00. Agents traced the fraudulent funds that passed through accounts controlled by **HALL** or her daughter and found that approximately $851,207.00 from a total of 12 victims passed through accounts in the possession of **HALL** or her daughter.

### Sentencing Stipulation

**HALL** and the government agree and stipulate, for the purposes of sentencing only, that **HALL** is responsible for a loss of $851,207.00 through her own conduct and the reasonably foreseeable conduct of her coconspirators.

6

AUSA
Defendant
Defense Counsel

<u>Limited Nature of Factual Basis</u>

This proffer of evidence is not intended to constitute a complete statement of all facts known by **HALL**, and it is not a complete statement of all facts described by **HALL** to the government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for her guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for **HALL'S** plea of guilty to the charged offense.

_____    2/26/2025
Matthew R. Payne                                    Date
Assistant United States Attorney


_____    2.26.2025
Tom Harang                                              Date
Counsel for Emuobosan Emmanuella Hall


_____    02-26-2025
Emuobosan Emmanuella Hall          Date
Defendant

AUSA _____
Defendant _____
Defense Counsel _____